

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 0 6 2007

J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE           MDL  NO. 1371 and
LITIGATION                                   consolidated MDLs

                                             5:04cv55

      ELDORA BURKES                         CIVIL ACTION 04-2262

            v.

LIFE INSURANCE COMPANY OF GEORGIA           SECTION "F"


<u>ORDER</u>

   All proceedings that can be conducted for Civil Action Number
04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil
Action Number 04-2262 be returned to the transferor court for any
further proceedings.



          New Orleans, Louisiana, June 27, 2007.


          MARTIN L. C. FELDMAN
          UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.